UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Laureen M. Ryan, Trustee, ) | No. 3:00cv1854 (DJS) |
| ) | (Lead Case) |
| v. ) | |
| ) | |
| <u>Sullivan Hill Lewin Rez Engel & Labazzo, et al.</u> ) | |
| ) | |
| Laureen M. Ryan, Trustee, ) | **No. 3:00cv2138 (DJS)** |
| Plaintiff ) | |
| ) | (Consolidated with |
| v. ) | No. 3:00cv1854 (DJS) |
| ) | |
| Bell Boyd & Lloyd, ) | February 6, 2004 |
| Defendant ) | ~~January~~ __, 2004 |
| ) | |

### **STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 7041(a)(2), the plaintiff Laureen M. Ryan, Trustee and the defendant Bell Boyd & Lloyd hereby stipulate to the dismissal of the above-referenced adversary proceeding, with prejudice, in accordance with the Order entered by United States Bankruptcy Judge Alan H. W. Shiff on February 6, 2003. Each party shall bear its own costs in

connection with this case.

          PLAINTIFF LAUREEN M. RYAN, TRUSTEE

By _____  ~~01/ /04~~  2/6/04
James C. Graham    ct06064
Pepe & Hazard LLP
Goodwin Square
Hartford, CT 06103-4302
(860) 522-5175


          DEFENDANT BELL BOYD & LLOYD LLC

By _____  ~~01/ /04~~  2/5/04
Kevin Pak, Esq
Bell, Boyd & Lloyd LLC
Three First National Plaza, Suite 3300
70 West Madison Street, Suite 3300
Chicago, IL  60602-4207
(312) 372-1121

JCG/29619/8/662791v1
01/22/04-HRT/

## CERTIFICATION

This is to certify that copies of the foregoing Stipulation were served this 6th day of February, 2004 via United States first class mail, postage prepaid, upon:

Kevin Pak, Esq.
Bell, Boyd & Lloyd LLC
Three First National Plaza, Suite 3300
70 West Madison Street, Suite 3300
Chicago, IL   60602-4207

James C. Graham

3

JCG/29619/8/662791v1
01/22/04-HRT/